UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

ROBERT D. SCHLAYACH, Individually :
and as the Administrator of the ESTATE :
OF KATHERINE E. SCHLAYBACH, :
Deceased, :
           Plaintiff, :
           :
         v. : No. 5:19-cv-3044
           :
BERKS HEIM NURSING & :
REHABILITATION; COUNTY OF :
BERKS; COUNTY OF BERKS, BERKS :
HEIM NURSING & REHABILITATION; :
and TERRENCE J. BRENNAN, :
           Defendants. :
_____

## O R D E R

**AND NOW**, this 22nd day of January, 2020, upon consideration of Defendants' motion to dismiss the Second Amended Complaint for failure to state a claim, ECF No. 9, and for the reasons set forth in the Opinion of this date, **IT IS HEREBY ORDERED:**

    1.    Defendants' motion to dismiss, ECF No. 9, is **GRANTED**.

    2.    The Second Amended Complaint, ECF No. 7, is **DISMISSED, with prejudice.**

    3.    This case is **CLOSED.**

                                                         BY THE COURT:

                                                         */s/ Joseph F. Leeson, Jr.*_____
                                                         JOSEPH F. LEESON, JR.
                                                         United States District Court